# RETURN OF SERVICE

Court Stamp Here

Notice: This document contains sensitive data

| Field | Details | Field | Details |
|---|---|---|---|
| Court | **District Court Eastern District of Texas Sherman Division** | | |
| Plaintiff | **ADRIENNE L. SMITH** | Cause # | **4:26-cv-01174** |
| Defendant(s) | **EXPERIAN INFORMATION SOLUTIONS, INC.; et al.** | Came to Hand Date/Time | **9/04/2026 10:13 AM** |
| Manner of Service | **Personal** | Service Date/Time | **9/04/2026 11:01 AM** |
| Documents | **SUMMONS; COMPLAINT; CIVIL COVER SHEET** | Service Fee: | **$85.00** |

I am certified under order of the Judicial Branch Certification Commission to serve process, including citations in Texas. I am not a party to or interested in the outcome of this lawsuit. My information: identification number, birth date, address, and certification expiration date appear below. I received and delivered the Specified Documents to Defendant as stated herein. The following information is based on personal knowledge.

On **9/04/2026** at **11:01 AM**: I served **SUMMONS, COMPLAINT, CIVIL COVER SHEET** upon **COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS c/o Corporation Service Company, Registered Agent** by delivering **1** true and correct copy(ies) thereof, with **COLUMBIA DEBT RECOVERY LLC d/b/a GENESIS c/o Corporation Service Company, Registered Agent, I delivered the documents to Corporation Service Company, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 55-65 years of age, 5'-5'4" tall and weighing 80-120 lbs.** at **300 Deschutes Way Sw Ste. 208 Mc-Csc1, Tumwater, WA 98501**.

**For photos and details, view this serve's complete EvidenceChain® at https://www.evidencechain.com/3Z5DLU**

My name is: **Jack Potter** and my date of birth is **08/25/1957**

My address is: **5815 Lacey Boulevard Southeast 8841, Lacey, WA 98509**, USA.

My process server identification # is: **26-0810-35**. My Certification expires: **8/10/2027**.

Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Declaration executed in Thurston county, WA.

Jack Potter (signature)

Jack Potter

09/04/2026

Date Executed

Ref **Smith**

**0240273347**

**txefile@abclegal.com**

abclegal **Jaffer Law, PLLC**

Tracking # **0240436002**