EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Adrienne L. Smith
Plaintiff

v. Civ. No. 4:26-cv-01174-RWS

Experian Information Solutions, Inc., et. al
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Equifax Information Services LLC

Date Party's answer was originally due: 10/01/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 10/22/2026

Date: 09/28/2026

/s/ *Jennifer R. Brooks*

Full Name: Jennifer R. Brooks
State Bar No.: 24103791
Address: SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201

Phone: (469) 608-6730
Fax:
Email: jrbrooks@seyfarth.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)